IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MABLE BEALER                                                                      PLAINTIFF

v.                              Case No. 4:17-cv-00715-KGB

ARKANSAS BAPTIST COLLEGE, *et al*.                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Mable Bealer's complaint is hereby dismissed without prejudice. The relief sought is denied.

It is so adjudged this the 9th day of July, 2018.

_____
Kristine G. Baker
United States District Judge